UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **DTC HEALTH, INC,** § | |
| § | |
| Plaintiff, § | |
| v. § | **CIVIL ACTION NO. H-06-01364** |
| § | |
| **GLOBAL HEALING CENTER, INC,** *et al*, § | |
| § | |
| Defendants. § | |

## MEMORANDUM AND ORDER

As discussed at today's status conference, Plaintiff DTC Health, Inc's ("DTC") Objection to and Motion to Quash Defendant's Subpoena to Non-Party Gary Beaver (Doc. # 26) and Defendant Global Healing Center, Inc.'s ("GHC") Motion to Compel (Doc. # 29) are **DENIED AS MOOT**. GHC's Motion to Require DTC to Designate Local Counsel, or in the Alternative, for the Court to Appoint Local Counsel (Doc. # 28) is also **DENIED AS MOOT**. Counsel is reminded, however, that they are expected to conduct themselves professionally in their dealings with one another and to respond promptly to phone calls, letters, and other correspondence. Failure to do so may result in sanctions.

**IT IS SO ORDERED**.

**SIGNED** this 27th day of July, 2006.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE

TO INSURE PROPER NOTICE, EACH PARTY WHO RECEIVES THIS ORDER SHALL
FORWARD A COPY OF IT TO EVERY OTHER PARTY AND AFFECTED NON-PARTY
EVEN THOUGH THEY MAY HAVE BEEN SENT ONE BY THE COURT